IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAN HUTCHINSON

v.                                            NO. 11-6825

NCO FINANCIAL SYSTEMS, INC.

FILED
JAN 24 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE PADOVA, J.

    AND NOW, to wit, this 24th day of January, 2012, it is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO Financial Systems, Inc. in the amount of $1001.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Deputy Clerk

judg